**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Research Education and Access for Community Health | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | AKA R.E.A.C.H. | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-4912114 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 823 S. 6th Street<br>Las Vegas, NV 89101 | PO Box 35979<br>Las Vegas, NV 89133 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Clark | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.reachlv.org

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Research Education and Access for Community Health          Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☒ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_6241_

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Relationship |
|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor    Research Education and Access for Community Health    Case number (if known) _____
_____
Name

**11. Why is the case filed in this district?**    Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**▆ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Research Education and Access for Community Health _____    Case number (*if known*) _____
       Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 6, 2025 _____
               MM / DD / YYYY

**X** /s/  Rebeca Aceves _____        Rebeca Aceves _____
    Signature of authorized representative of debtor        Printed name

Title    President/CEO _____

**18. Signature of attorney**

**X** /s/ Ryan A. Andersen _____     Date   February 6, 2025 _____
    Signature of attorney for debtor               MM / DD / YYYY

Ryan A. Andersen 12321 _____
Printed name

Andersen Beede Weisenmiller _____
Firm name

3199 E Warm Springs Road Suite 400
Las Vegas, NV 89120 _____
Number, Street, City, State & ZIP Code

Contact phone   (702) 522-1992 _____    Email address   ryan@abwfirm.com _____

12321 NV _____
Bar number and State

# CERTIFICATE OF RESOLUTIONS

The undersigned individuals, constituting all of the members of the Board of Directors ("Board") of **RESEARCH, EDUCATION AND ACCESS FOR COMMUNITY HEALTH**, a Nevada nonprofit corporation ("Company"), adopt the following resolutions via written consent:

**RESOLVED**, that in the business judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code");

**RESOLVED**, that Rebecca Aceves, President and CEO of the Company, (herself or her designee being an "Authorized Person" and all being the "Authorized Persons") is hereby authorized, empowered, and directed, in the name of and on behalf of the Company, to execute and verify a petition and any amendments thereto under Chapter 11 of the Bankruptcy Code ("Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court, District of Nevada ("Bankruptcy Court"), at such time as the Authorized Person executing the same shall determine;

**RESOLVED**, that the law firm of ANDERSEN BEEDE WEISENMILLER ("Firm") is engaged and shall continue its engagement as attorneys for the Company in the Chapter 11 Case as general restructuring counsel, subject to certain approvals required by the Firm to be obtained from the Bankruptcy Court;

**RESOLVED**, that each Authorized Person, and such other persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, adversary proceedings, claim objections, plans, pleadings, and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of the same;

**RESOLVED**, that each Authorized Person, and such other Persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates, and other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and





1 of 2

desirable to effectuate a successful reorganization of the Company through Chapter 11 of the Bankruptcy Code; and

**RESOLVED**, that any and all past actions taken by any Authorized Person of the Company in the name and on behalf of the company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the members of the Board have executed this Certificate of Resolutions this _14_ th day of June, 2024.

LUZ CASTRO, President

ARTURO CASTRO, JR., Vice President

ANASTACIO DEL REAL, Secretary

GLORIA CASTRO, Treasurer

MARIA BLANCO, Director

ARTURO CASTRO, SR., Director

RAFAEL PEREIRA, Director

**Fill in this information to identify the case:**

Debtor name    Research Education and Access for Community Health

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 6, 2025    **X** /s/   Rebeca Aceves
                                              Signature of individual signing on behalf of debtor

                                              Rebeca Aceves
                                              Printed name

                                              President/CEO
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Research Education and Access for Community Health |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADT 2588 Fire Mesa St. Las Vegas, NV 89128 | | Services | Unliquidated | | | $1,650.00 |
| American Express PO BOX 650448 Dallas, TX 75265-0448 | | Loan | Unliquidated | | | $68,000.00 |
| Assured Document Destruction 145 E Warm Springs Rd Las Vegas, NV 89119 | | Services | | | | $400.00 |
| CarePort Health, LLC 11300 Switzer Road Overland Park, KS 66210 | | Services | | | | $8,500.00 |
| Cox Business 1700 Vegas Drive Las Vegas, NV 89106 | | Services | | | | $4,000.00 |
| De Lage Landen Financial Services, Inc. PO Box 825736 Philadelphia, PA 19182-5735 | | Equipment Lease | | | | $1,500.00 |
| Instamed 1889 John F. Kennedy Blvd., 12th Flr. Philadelphia, PA 19103 | | Services | | | | $600.00 |
| Kidney Specialists of Southern Nevada 1294 S Jones Blvd Las Vegas, NV 89146 | | Services | Unliquidated | | | $10,800.00 |
| LabCorp PO Box 12140 Burlington, NC 27216 | | Services | Unliquidated | | | $50,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  Research Education and Access for Community Health          Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LesOlson 3244 So 300 West Salt Lake City, UT 84115 | | Equipment Lease | Unliquidated | | | $5,000.00 |
| McKesson 9954 Maryland Drive, Ste 4000 Henrico, VA 23322 | | Supplies | Unliquidated | | | $1,000.00 |
| MedTrainer PO Box 31001-3416 Pasadena, CA 91110-3416 | | Services | | | | $12,500.00 |
| Nextgen Healthcare, Inc. c/o Hemar, Rousso, & Heald, LLP 7251 West Lake Mead Boulevard, Suite 300 Las Vegas, NV 89128 | | Lawsuit | Contingent Unliquidated | | | $48,727.68 |
| PRMD, LLC c/o Law Office of Hayes & Welsh 199 North Arroyo Grande Blvd., Suite 200 Henderson, NV 89074 | | Lawsuit | Unliquidated | | | $225,000.00 |
| Quidel 9975 Summers Ridge Rd San Diego, CA 92121 | | Equipment Lease | | | | $2,815.00 |
| Ring Central 20 Davis Drive Belmont, CA 94002 | | Services | | | | $2,000.00 |
| UNLV Health 1707 W Charleston Blvd Suite 100 Las Vegas, NV 89102 | | Services | | | | $11,000.00 |
| US Bank 800 Nicollet Mall 55402 | | Loan | Unliquidated | | | $159,334.95 |
| Watkins CPA 5550 Painted Mirage Rd, Ste 320 Las Vegas, NV 89149 | | Services | | | | $6,750.00 |
| Wells Fargo PO Box 29482 Phoenix, AZ 85038 | | Loan | Unliquidated | | | $99,950.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Research Education and Access for Community Health__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ _____157,077.05

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____157,077.05

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ _____719,827.63

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b
   $ _____719,827.63

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Research Education and Access for Community Health</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | US Bank | Checking | 8220 | $0.00 |
| 3.2. | US Bank | Checking | 8667 | $0.00 |
| 3.3. | US Bank | Savings | 6844 | $0.00 |
| 3.4. | Wells Fargo | Checking | 9320 | $3,957.00 |
| 3.5. | Bank of America | Checking | 3280 | $100,120.05 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $104,077.05 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Research Education and Access for Community Health    Case number *(If known)* _____
       Name

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office Furniture | $0.00 | Liquidation | $1,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office and Medical Equipment | $0.00 | Liquidation | $20,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                $21,000.00
     Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Research Education and Access for Community Health    Case number *(If known)* _____
          Name

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2016 Isuzu NPR | $0.00 | Liquidation | $32,000.00 |

**48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.    Aircraft and accessories**

**50.    Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.    Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $32,000.00 |
|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54.  Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites**<br>reachlv.org | $0.00 | | $0.00 |

**62.    Licenses, franchises, and royalties**

**63.    Customer lists, mailing lists, or other compilations**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Research Education and Access for Community Health     Case number *(If known)* _____
_____Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                              | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    Research Education and Access for Community Health    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $104,077.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $32,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $157,077.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $157,077.05 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name _Research Education and Access for Community Health_

United States Bankruptcy Court for the: _DISTRICT OF NEVADA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name   Research Education and Access for Community Health

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>ADT<br>2588 Fire Mesa St.<br>Las Vegas, NV 89128 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $1,650.00 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Services <br>Is the claim subject to offset? ☒ No  ☐ Yes |  |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>American Express<br>PO BOX 650448<br>Dallas, TX 75265-0448 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $68,000.00 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Loan <br>Is the claim subject to offset? ☒ No  ☐ Yes |  |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Assured Document Destruction<br>145 E Warm Springs Rd<br>Las Vegas, NV 89119 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Services <br>Is the claim subject to offset? ☒ No  ☐ Yes |  |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>CarePort Health, LLC<br>11300 Switzer Road<br>Overland Park, KS 66210 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,500.00 |
|  | **Date(s) debt was incurred**  09/2023 <br>**Last 4 digits of account number** _ | **Basis for the claim:**  Services <br>Is the claim subject to offset? ☒ No  ☐ Yes |  |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Church of Jesus Christ of L.D.S.<br>50 E North Temple Street<br>Salt Lake City, UT 84150 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  Notice Only <br>Is the claim subject to offset? ☒ No  ☐ Yes |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Research Education and Access for Community Health | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Cox Business<br>1700 Vegas Drive<br>Las Vegas, NV 89106 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>De Lage Landen Financial Services, Inc.<br>PO Box 825736<br>Philadelphia, PA 19182-5735 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 6/2023 | **Basis for the claim:** Equipment Lease | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Dignity Health<br>185 Berry Street, Ste 200<br>San Francisco, CA 94107 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>Health Plan of Nevada<br>2720 N Tenaya Way<br>Las Vegas, NV 89128 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** 11/2023 | **Basis for the claim:** Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Instamed<br>1889 John F. Kennedy Blvd., 12th Flr.<br>Philadelphia, PA 19103 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>Kidney Specialists of Southern Nevada<br>1294 S Jones Blvd<br>Las Vegas, NV 89146 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $10,800.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 7/2024 | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>LabCorp<br>PO Box 12140<br>Burlington, NC 27216 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>LesOlson<br>3244 So 300 West<br>Salt Lake City, UT 84115 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $5,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Equipment Lease | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   Research Education and Access for Community Health          Case number (if known) _____
      Name

| 3.14 | **Nonpriority creditor's name and mailing address**<br>McKesson<br>9954 Maryland Drive, Ste 4000<br>Henrico, VA 23322 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $1,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>MedTrainer<br>PO Box 31001-3416<br>Pasadena, CA 91110-3416 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>Nextgen Healthcare, Inc.<br>c/o Hemar, Rousso, & Heald, LLP<br>7251 West Lake Mead Boulevard, Suite 300<br>Las Vegas, NV 89128 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $48,727.68 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2024 | **Basis for the claim:** Lawsuit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>OfficeDepot<br>PO Box 29248<br>Phoenix, AZ 85038-9248 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>PRMD, LLC<br>c/o Law Office of Hayes & Welsh<br>199 North Arroyo Grande Blvd., Suite 200<br>Henderson, NV 89074 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $225,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Lawsuit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>Quidel<br>9975 Summers Ridge Rd<br>San Diego, CA 92121 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,815.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Equipment Lease | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>Ring Central<br>20 Davis Drive<br>Belmont, CA 94002 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>SMI Imaging Inc.<br>PO Box 207460<br>Dallas, TX 75320-7460 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Research Education and Access for Community Health | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |

UNLV Health
1707 W Charleston Blvd
Suite 100
Las Vegas, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,334.95 |

US Bank
800 Nicollet Mall
55402

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |

Watkins CPA
5550 Painted Mirage Rd, Ste 320
Las Vegas, NV 89149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,950.00 |

Wells Fargo
PO Box 29482
Phoenix, AZ 85038

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 719,827.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 719,827.63 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Research Education and Access for Community Health___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __Research Education and Access for Community Health__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Luis Aceves | PO Box 35979 Las Vegas, NV 89133 | American Express | ☐ D _____ ☒ E/F __3.2__ ☐ G _____ |
| 2.2 Luis Aceves | PO Box 35979 Las Vegas, NV 89133 | US Bank | ☐ D _____ ☒ E/F __3.23__ ☐ G _____ |
| 2.3 Rebeca Aceves | PO Box 35979 Las Vegas, NV 89133 | Wells Fargo | ☐ D _____ ☒ E/F __3.25__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _____ Research Education and Access for Community Health_____

United States Bankruptcy Court for the: _____ DISTRICT OF NEVADA_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | From the beginning of the fiscal year to filing date: From 01/01/2025 to Filing Date | ☒ Operating a business ☐ Other _____ | $11,000.00 |
   | For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business ☐ Other _____ | $1,077,000.00 |
   | For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business ☐ Other _____ | $730,499.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Research Education and Access for Community Health | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Nextgen Healthcare, Inc. vs. Research Education & Access for Community Health A-24-902472-C | Collections | Eighth Judicial District Court, Clark County, Nevada 200 Lewis Ave Las Vegas, NV 89101 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | PRMD, LLC v. Research, Education and Access for Community Health A-24-905726-C | Collections | Eighth Judicial District Court, Clark County, Nevada 200 Lewis Ave Las Vegas, NV 89101 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | American Express National Bank v. Luis Aceves A-25-910290-C | Collections | Eighth Judicial District Court, Clark County, Nevada 200 Lewis Ave Las Vegas, NV 89101 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

Debtor    Research Education and Access for Community Health                    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Andersen Beede Weisenmiller<br>3199 E Warm Springs Rd, Ste 400<br>Las Vegas, NV 89120 | Counsel received a prepetition security retainer of $6,738.00, and payments for work performed of $4,850.50. Counsel has, as of the bankruptcy filing, applied the prepetition retainer to additional fees and expenses of $5,120.00, inclusive of the filing fee, leaving a post-petition retainer of $1,618.00 for payment of future fees and costs as may be allowed by the Court following an approved fee application. | August 1, 2024, through February 5, 2025. | $9,970.50 |

**Email or website address**
www.abwfirm.com

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Research Education and Access for Community Health _____    Case number *(if known)* _____

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 823 Las Vegas Blvd S, Suite 500 Las Vegas, NV 89101 | 12/2022 to 05/30/2024 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Certain healthcare information related to its former non-profit clinic. _____

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Human Interest 401k Plan | EIN: 27-4912114 |

Has the plan been terminated?
☒ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

Debtor    Research Education and Access for Community Health                     Case number *(if known)*

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage<br>6590 W Warm Springs Rd<br>Las Vegas, NV 89118 | Rebeca Aceves | Mobile Clinic | ☐ No<br>☒ Yes |
| Extra Space Storage<br>1051 Stephanie Pl<br>Henderson, NV 89014 | Rebeca Aceves | Office furniture, medical supplies and office equipment | ☐ No<br>☒ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

### 23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

### 24.    Has the debtor notified any governmental unit of any release of hazardous material?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Research Education and Access for Community Health    Case number *(if known)*

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Swan and Gardiner Watkins<br>9005 W Sahara Ave<br>Las Vegas, NV 89117 | 02/2024 - 07/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Watkins Jackson CPAs<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, NV 89149 | 11/2022, 12/2022,<br>1/2024, 2/2024,<br>3/2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Rebeca Aceves<br>PO Box 35979<br>Las Vegas, NV 89133 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor  Research Education and Access for Community Health

Case number *(if known)*

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Rebeca Aceves | PO Box 35979<br>Las Vegas, NV 89133 | President and CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Anastacio Del Real | PO Box 35979<br>Las Vegas, NV 89133 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Gloria Castro | PO Box 35979<br>Las Vegas, NV 89133 | Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Maria Blanco | PO Box 35979<br>Las Vegas, NV 89133 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Arturo Castro | PO Box 35979<br>Las Vegas, NV 89133 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Rafael Pereira | PO Box 35979<br>Las Vegas, NV 89133 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Arturo Castro | PO Box 35979<br>Las Vegas, NV 89133 | Director | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Janie Root | 2205 Purple Majestic Ct.<br>Las Vegas, NV 89117 | Vice President | 2015 - 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Maureen Schafer | 9212 Tesoras Dr. #402<br>Las Vegas, NV 89144 | Director | March 2024 - May 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Luz Castro | 8354 Eagle Port St.<br>Las Vegas, NV 89139 | President | June 2023 - 2024 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Research Education and Access for Community Health          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Meybel Sermeno | 4344 Altamira Cave Dr<br>North Las Vegas, NV 89031 | Director | 05/2022 - 12/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Zoraida Caldera | | Director | 2015 - January 2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Rebeca Aceves<br>PO Box 35979<br>Las Vegas, NV 89133 | $52,900 | February 7, 2024, to February 6, 2025 | Employment Compensation |
| | **Relationship to debtor**<br>President and CEO | | | |
| 30.2. | Luis Aceves<br>PO Box 35979<br>Las Vegas, NV 89133 | $54,700 | February 7, 2024, to February 6, 2025 | Employment Compensation |
| | **Relationship to debtor**<br>Employee, Brother of Rebeca Aceves | | | |
| 30.3. | Oscar Aceves<br>PO Box 35979<br>Las Vegas, NV 89133 | $26,000 | February 7, 2024, to February 6, 2025 | Employment Compensation |
| | **Relationship to debtor**<br>Employee, Brother of Rebeca Aceves | | | |
| 30.4. | Jose Aceves<br>PO Box 35979<br>Las Vegas, NV 89133 | $16,700 | February 7, 2024, to February 6, 2025 | Employment Compensation |
| | **Relationship to debtor**<br>Employee, Father of Rebeca Aceves | | | |

Debtor    Research Education and Access for Community Health                    Case number *(if known)*  _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | Rebeca Zaragoza Gonzalez<br>PO Box 35979<br>Las Vegas, NV 89133 | $16,700 | February 7, 2024, to February 6, 2025 | Employment Compensation |
| | **Relationship to debtor**<br>Employee, Mother of Rebeca Aceves | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____February 6, 2025____

/s/   Rebeca Aceves                                    Rebeca Aceves
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President/CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of Nevada

In re   Research Education and Access for Community Health                    Case No.
                                                    Debtor(s)                 Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| None: Nonprofit Corporation | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 6, 2025                    Signature   /s/  Rebeca Aceves

                                                       Rebeca Aceves

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re   Research Education and Access for Community Health
_____
Debtor(s)

Case No. _____

Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ........................................................ | $ | 9,970.50 |
| Prior to the filing of this statement I have received ........................................... | $ | 9,970.50 |
| Balance Due ........................................................................................................ | $ | 0.00 |

2.  The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
   Counsel received a prepetition security retainer of $6,738.00, and payments for work performed of $4,850.50. Counsel has, as of the bankruptcy filing, applied the prepetition retainer to additional fees and expenses of $5,120.00, inclusive of the filing fee, leaving a post-petition retainer of $1,618.00 for payment of future fees and costs as may be allowed by the Court following an approved fee application.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| February 6, 2025 | /s/ Ryan A. Andersen |
| _Date_ | Ryan A. Andersen 12321 |
| | _Signature of Attorney_ |
| | Andersen Beede Weisenmiller |
| | 3199 E Warm Springs Road Suite 400 |
| | Las Vegas, NV 89120 |
| | (702) 522-1992   Fax: (702) 825-2824 |
| | ryan@abwfirm.com |
| | _Name of law firm_ |

## United States Bankruptcy Court
### District of Nevada

In re    Research Education and Access for Community Health        Case No. _____

                                      Debtor(s)          Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February 6, 2025               /s/ Rebeca Aceves _____

                                          Rebeca Aceves/President/CEO
                                          Signer/Title

```
ADT
2588 Fire Mesa St.
Las Vegas, NV 89128


American Express
PO BOX 650448
Dallas, TX 75265-0448


Assured Document Destruction
145 E Warm Springs Rd
Las Vegas, NV 89119


CarePort Health, LLC
11300 Switzer Road
Overland Park, KS 66210


Church of Jesus Christ of L.D.S.
50 E North Temple Street
Salt Lake City, UT 84150


Cox Business
1700 Vegas Drive
Las Vegas, NV 89106


De Lage Landen Financial Services, Inc.
PO Box 825736
Philadelphia, PA 19182-5735


Dignity Health
185 Berry Street, Ste 200
San Francisco, CA 94107


Health Plan of Nevada
2720 N Tenaya Way
Las Vegas, NV 89128


Instamed
1889 John F. Kennedy Blvd., 12th Flr.
Philadelphia, PA 19103


Kidney Specialists of Southern Nevada
1294 S Jones Blvd
Las Vegas, NV 89146


LabCorp
PO Box 12140
Burlington, NC 27216


LesOlson
3244 So 300 West
Salt Lake City, UT 84115


Luis Aceves
PO Box 35979
Las Vegas, NV 89133
```

```
McKesson
9954 Maryland Drive, Ste 4000
Henrico, VA 23322


MedTrainer
PO Box 31001-3416
Pasadena, CA 91110-3416


Nextgen Healthcare, Inc.
c/o Hemar, Rousso, & Heald, LLP
7251 West Lake Mead Boulevard, Suite 300
Las Vegas, NV 89128


OfficeDepot
PO Box 29248
Phoenix, AZ 85038-9248


PRMD, LLC
c/o Law Office of Hayes & Welsh
199 North Arroyo Grande Blvd., Suite 200
Henderson, NV 89074


Quidel
9975 Summers Ridge Rd
San Diego, CA 92121


Rebeca Aceves
PO Box 35979
Las Vegas, NV 89133


Ring Central
20 Davis Drive
Belmont, CA 94002


SMI Imaging Inc.
PO Box 207460
Dallas, TX 75320-7460


UNLV Health
1707 W Charleston Blvd
Suite 100
Las Vegas, NV 89102


US Bank
800 Nicollet Mall
55402


Watkins CPA
5550 Painted Mirage Rd, Ste 320
Las Vegas, NV 89149


Wells Fargo
PO Box 29482
Phoenix, AZ 85038
```

# United States Bankruptcy Court
## District of Nevada

In re   Research Education and Access for Community Health    Case No. _____

                 Debtor(s)    Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Research Education and Access for Community Health   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

February 6, 2025
_____
Date

/s/ Ryan A. Andersen
_____
Ryan A. Andersen 12321
Signature of Attorney or Litigant
Counsel for   Research Education and Access for Community Health
Andersen Beede Weisenmiller
3199 E Warm Springs Road Suite 400
Las Vegas, NV 89120
(702) 522-1992  Fax:(702) 825-2824
ryan@abwfirm.com